Edward S. Coleman, Esq.
Nevada Bar No. 000601
C. Andrew Wariner
Nevada Bar No. 003228
Coleman Law Associates, APLC
9708 S. Gilespie Street, Suite A-106
Las Vegas, Nevada 89183-7614
Telephone: (702) 699-9000
Facsimile:  (702) 699-9006
Email: mail@coleman4law.com
*Attorneys for Debtor, Florelee Monzon*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | CASE NO.: 09-20197-lbr |
|---|---|
| FLORELEE MONZON, | Chapter 13 |
| Debtor. | Hearing Date: September 10, 2009<br>Hearing Time: 3:30 P.M. |

**CERTIFICATE OF MAILING**

I hereby certify that on the 7th day of August, 2009, I served a true and correct copy of the **NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL, "STRIP OFF"  AND MODIFY RIGHTS OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) AND §1322 and FEDERAL RULE OF BANKRUPTCY PROCEDURE 3012 ACCOUNTANT** by United States Mail, prepaid first-class postage affixed thereto, addressed to the creditors listed below:

U.S. Bank Home Mortgage
PO Box 20005
Owensboro, KY 42304-0005

US BANK
ONE HOME CAMPUS
DES MOINES, IA 50328

Well Fargo, N.A.
c/o Customer Management
PO Box 95225
Las Vegas, NV 89177-5225

| | |
|---|---|
| 1 | |
| 2 | Kathleen A. Leavitt<br>Chapter 13 Trustee |
| 3 | 201 S. Las Vegas Blvd., Suite 200<br>Las Vegas, NV 89101 |
| 4 | |
| 5 | DATED this 7th day of August, 2009 |
| 6 | |
| 7 |     /s/ Barbara Meyer<br>An Employee of Coleman Law Associates, APLC |