KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:08/05/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
FLORELEE MONZON

CASE NO: BKS-09-20197-LBR

CHAPTER 13

Hearing Date:    September 10, 2009
Hearing Time:    1:30 pm

COLEMAN LAW ASSOCIATES
Attorney for the Debtor

## TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 1
## COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 06/15/2009.  The 341(a) Meeting of Creditors held on August 04, 2009 at 10:00 am was:

- taken off calendar

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to appear  [11 USC § 341 (a)] FLORELEE MONZON and

- Debtor(s) failed to commence Plan payments  [11USC § 1326 (a) (1)]

- Debtor(s) are delinquent in Plan payments

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 08/05/2009

/s/Kathleen A. Leavitt

Kathleen A. Leavitt
Chapter 13 Trustee

# CERTIFICATE OF NOTICE

District/off: 0978-2          User: leavittrl          Page 1 of 1          Date Rcvd: Aug 06, 2009
Case: 09-20197               Form ID: pdf891           Total Noticed: 17

The following entities were noticed by first class mail on Aug 08, 2009.
```
db            +FLORELEE MONZON,   509 SPRUCE CANYON STREET,   LAS VEGAS, NV 89144-4343
4861875        American Express,   PO Box 360001,   Fort Lauderdale, FL 33336-0001
4861876        Clark County Treasurer,   c/o Bankruptcy Clerk,   500 S. Grand Central Parkway,   Box 551220,
               Las Vegas, NV 89155-1220
4861877       +Dept. of Employment, Training & Rehab,   Employment Security Division,   500 East Third Street,
               Carson City, NV 89713-0002
4940029       +MANHATTAN HOMEOWNERS ASSOCIATION,   C/O RED ROCK FINANCIAL SERVICES,   6830 W OQUENDO RD #201,
               LAS VEGAS, NV 89118-2551
4861878       +National Default Servicing Corporation,   Acct No xxxxxx9083,   2525 E Camelback Road, Suite 200,
               Phoenix, AZ 85016-4224
4861879       +Nevada Department of Taxation,   Bankruptcy Section,   555 E. Washington Ave., #1300,
               Las Vegas, NV 89101-1046
4921068       +Red Rock Financial Services,   6830 West Oquendo Road, Suite 201,   Las Vegas, NV 89118-2551
4861881      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,   Acct No xxx xxx6210,   PO Box 60114,
               City Of Industry, CA 91716-0114)
5008477       +Toyota Motor Credit Corporation,   3200 W. Ray Road,   Chandler, AZ 85226-2450
4861882        U.S. Bank Home Mortgage,   Acct No xxxxxx9083,   P.O. Box 20005,   Owensboro, KY 42304-0005
4943879       +US BANK,   ONE HOME CAMPUS,   DES MOINES, IA 50328-0001
4900322       +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
               Des Moines, IA 50306-9210
4861883        Wells Fargo Bank, N.A.,   Acct No xxx xxx6410,   c/o Customer Management,   PO Box 95225,
               Las Vegas, NV 89177-5225
4861884        Wells Fargo Card Services,   Acct No xxxx xxxx xxxx 9366,   PO Box 30086,
               Los Angeles, CA 90030-0086
```

The following entities were noticed by electronic transmission on Aug 07, 2009.
```
4861880        E-mail/Text: bnc@nordstrom.com                          Nordstrom FSB,   P.O. Box 79134,
               Phoenix, AZ 85062-9134
4877181       +E-mail/Text: bnc@nordstrom.com                          Nordstrom fsb,   POB 6566,
               Englewood,CO 80155-6566
                                                                               TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             US BANK
                                                                               TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2009**                          **Signature:**   *Joseph Speetjens*