1  WILDE & ASSOCIATES                     Electronically Filed on _____
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   208 South Jones Boulevard
3  Las Vegas, Nevada 89107
   Telephone:  702 258-8200
4  bk@wildelaw.com
   Fax:  702 258-8787
5
6  Attorneys for U.S Bank Home Mortgage, Account Ending in 9083
   09-74565
7

8                  UNITED STATES BANKRUPTCY COURT

9                        DISTRICT OF NEVADA

10  In Re:                                   BK-S-09-20197-LBR

11  FLORELEE MONZON                          Date:  __January 14, 2010__
                                             Time:  __1:30 p.m.__
12
                                             Chapter 13
13           Debtor.

14

15       SUPPLEMENTAL OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

         COMES NOW, U.S Bank Home Mortgage (hereinafter "Secured Creditor") and files this
16
Supplemental Objection to Confirmation of Chapter 13 Plan stating as follows:
17

18       Secured Creditor is the first deed of trust holder on 32 East Serene Avenue, #216, Las Vegas,

19  Nevada 89123 (hereinafter "subject property"), and is owed over $372,000.00.  The Debtor filed a

20  motion to value and reduce Secured Creditor's lien to $115,000.00.  Secured Creditor subsequently

21  filed a response to Debtor's motion to value – said response, filed on September 9, 2009, is

22  incorporated herein by reference.

23       Secured Creditor asserts that this Court should not confirm the proposed plan because 1) there is

24  a complete lack of disclosure by the Debtor as detailed below, and 2) it is not feasible.

25  ///

26  ///

**A. Lack of Disclosure**

Secured Creditor's opposition to Debtor's motion to value demonstrates that there are too many unanswered questions in the Debtor's attempt to treat the subject property as a rental and strip a large portion of Secured Creditor's interest in the same.  The Debtor did not disclose the information necessary to answer these questions and prove she is being truthful with the Court.  Until the Debtor can come before this Court with more information, the Court should not confirm this plan.

**B. Lack of Feasibility**

The Debtor does not have sufficient income to meet her plan requirements as can be seen in a simple review of her Schedule "I" and looking at the proposed plan.  She clearly does not have the capability to meet her plan obligations and her request for confirmation should be denied

Until the Debtor can come before this Court with more information or income to properly fund a plan, the Court should not confirm this plan.  It does not have a reasonable likelihood of success.

WHEREFORE, Secured Creditor asks that this Court deny confirmation and dismiss this case.

DATED this 4th day of January, 2010

WILDE & ASSOCIATES

By _____

**GREGORY L. WILDE, ESQ.**

Attorneys for Secured Creditor

Certificate of Facsimile

I certify that on January 4, 2010, I served a copy of the foregoing opposition on Debtor's Counsel by facsimile as follows:

Edward S. Coleman, Esq.
Coleman Law Associates, a Professional Law Corporation
Fax No. (702) 537-2800