Edward S. Coleman, Esq., NSB 000601  E-FILED 1/27/10
Elizabeth DeFlyer, Esq., NSB 10021
Coleman Law Associates, A Professional Law Corporation
9708 S. Gilespie Street, Suite A-106
Las Vegas, NV 89183-7614
Telephone: (702) 699-9000
Facsimile: (702) 699-9006
E-Mail: mail@coleman4law.com
*Attorneys for Debtor,*
*Florelee Monzon*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 09-20197-lbr |
| FLORELEE MONZON, | Chapter 7 |
| Debtor. | |
| | Hearing Date: N/A |
| | Hearing Time: N/A |

### DEBTOR'S NOTICE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

The Debtor, FLORELEE MONZON, pursuant to 11 U.S.C. §1307(a), hereby elects to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert her case because:

1. The case, filed on June 15, 2009, is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

**WHEREFORE**, the Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

///
///
///

Page 1

1 | DATED this 27th day of January, 2010.

<br>

                                              COLEMAN LAW ASSOCIATES, APLC

                                  By:  /s/ Elizabeth DeFlyer, Esq.
                                       ELIZABETH DEFLYER, ESQ.
                                       Nevada Bar No. 10021
                                       9708 South Gilespie Street, Suite A-106
                                       Las Vegas, Nevada 89183
                                       Attorney for Debtor

Page 2