Entered on Docket
March 22, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, N.A.
09-74565

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>Florelee Monzon<br><br><br><br>Debtor. | Bk Case No.: 09-20197-lbr<br><br>Date: 3/15/2010<br>Time: 10:00 AM<br><br>Chapter 7 |
|---|---|

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor U.S. Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 32 E. Serene Ave. 216, Las Vegas, NV 89123, and legally described as follows:

PARCEL I:
UNIT 216 ("UNIT-") IN BUILDING 8 (-BUILDING-) AS SHOWN ON THE FINAL PLAT OF MANHATTAN CONDOMINIUMS PHASE 2, FILED IN BOOK 129 OF PLATS, PAGE 69, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR MANHATTAN CONDOMINIUMS, RECORDED DECEMBER 21, 2004 AS INSTRUMENT NO. 02003 IN BOOK 20041221, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("MANHATTAN CONDOMINIUMS DECLARATION").
PARCEL II:
TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MANHATTAN CONDOMINIUMS DECLARATION ANDAS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS. CONDITIONS AND RESTRICTIONS FOR MANHATTAN CONDOMINIUMS, RECORDED DECEMBER 21, 2004 AS INSTRUMENT NO. 02003 IN BOOK 20041221, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("MANHATTAN CONDOMINIUMS DECLARATION").
PARCEL III:
TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MANHATTAN CONDOMINIUMS DECLARATION AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR MANHATTAN CONDOMINIUMS, RECORDED DECEMBER 21,2004 AS INSTRUMENT NO. 02003 IN BOOK 20041221, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("MANHATTAN CONDOMINIUMS PHASE 2 DECLARATION").
PARCEL IV:
TOGETHER WITH A NON·EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT. AND OF ENJOYMENT OF THE COMMON ELEMENTS. AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MANHATTAN CONDOMINIUMS PHASE 2 DECLARATION.
PARCEL V:
TOGETHER WITH EXCLUSIVE USE PARKING SPACES IDENTIFIED AS A LIMITED COMMON ELEMENT APPURTENANT TO A PARTICULAR UNIT AS DEFINED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS.

//

//

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Edward S. Coleman
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor